KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
AMY LINDSEY-DOYLE, State Bar No. 242205
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-0260
 Fax: (916) 324-5567
 E-mail: Amy.LindseyDoyle@doj.ca.gov
*Attorneys for Defendant*
*Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARK LAWLEY,**<br><br>                              Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES** AND **DOES 1-100,** INCLUSIVE,<br><br>                              Defendant(s) | 13-cv-00867 LJO-GSA<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel that pursuant to Fed. R. Civ. P. 6, Defendant, California Department of Developmental Services ("DDS"), is permitted an extension of time to respond to Plaintiff's Complaint until October 11, 2013. This is the parties' second stipulation for an extension to file a responsive pleading. The parties previously stipulated for an initial extension on July 8, 2013. (Docket No. 5.)

   The parties believe good cause exists for the continuance. The parties have been actively engaged in settlement negotiations to resolve both this matter and a related matter filed by Plaintiff, Case No. 1:12-CV-01617-LJO-BAM, *Mark Lawley v. Department of Developmental Services*. In an effort to facilitate resolution of both matters, the parties have stipulated to

1

participate in the Court's Voluntary Dispute Resolution Program (VDRP), and intend to complete the VDRP no later than September 30, 2013, depending upon availability of the neutral.  (See Docket No. 6 herein, and Docket No. 15 in Case No. 1:12-CV-01617-LJO-BAM).  Should mediation not be scheduled prior to September 30, 2013, the parties are scheduled to and will attend a settlement conference in early September 2013, in Case No. 1:12-CV-01617-LJO-BAM which may result in a resolution of both this action and Case No. 01617.   Based on the foregoing, the parties stipulate that Defendant is to file a responsive pleading in this action no later than October 11, 2013.

Dated:  July 31, 2013

          Mayall Hurley P.C.

*/s/ Robert Wasserman*
_____
ROBERT WASSERMAN
*Attorney for Plaintiff*
*Mark Lawley*

Dated:  July 31, 2013

          Office of the Attorney General

*/s/ Amy B. Lindsey-Doyle*
AMY LINDSEY-DOYLE
Deputy Attorney General
*Attorneys for Defendant*
*Department of Developmental Services*

**ORDER**

The Court adopts the above stipulation.  Defendant shall file a responsive pleading no later than **October 11, 2013**.

IT IS SO ORDERED.

Dated: **August 6, 2013**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE