KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JILL H. TALLEY, State Bar No. 178207
Supervising Deputy Attorney General
AMY LINDSEY-DOYLE, State Bar No. 242205
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-0260
 Fax: (916) 324-5567
 E-mail: Amy.LindseyDoyle@doj.ca.gov
*Attorneys for Defendant*
*Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARK LAWLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES and DOES 1-100, inclusive,**<br><br>Defendant. | 1:13-CV-00867-LJO-GSA<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

   Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

   The parties anticipate that this process will be completed by September 30, 2013, subject to the assigned Neutral's availability. Pursuant to Local Rule 271, the parties agree to abide by the time limits established therein.

//

//

//

1

| | | |
|---|---|---|
|1| DATED: _____ | */s/ Robert Wasserman*_____ |
|2| | Robert Wasserman |
| | | Attorney for Plaintiff  Mark Lawley |

| | | |
|---|---|---|
|4| DATED: _____ | */s/ Amy B. Lindsey-Doyle*_____ |
|5| | Amy B. Lindsey-Doyle |
| | | Attorney for Defendant |
|6| | Department of Developmental Services |

**ORDER**

The Court adopts the above stipulation and refers the instant case to the Voluntary Dispute Resolution Program ("VDRP").  It appears that this case may be related to another case assigned to Judge McAuliffe.  *See*, *Lawley v. California Department of Developmental Services,* 1:12-cv-1617, LJO-BAM.  Judge McAuliffe recently referred her case to the VDRP.  Accordingly, in order to promote efficiency, it is requested that the same evaluator be assigned to this case.  The parties shall notify the Court within thirty days of the completion of the VDRP.  In light of the above, the scheduling conference currently set for September 10, 2013 at 9:30 before the undersigned is continued until **October 28, 2013 at 10:00 a.m**.

IT IS SO ORDERED.

   Dated:   **August 6, 2013**                            **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 (1:13-CV-00867-LJO-GSA)